**Richard J. DIGIAMMO,**
**Plaintiff–Appellant,**

v.

**Michelle HOUGHTON, Defendant–**
**Appellee.**

**No. 06–1241–cv.**

United States Court of Appeals,
Second Circuit.

Feb. 28, 2007.

Michael J. Walsh, Brookline, NH, argued for Plaintiff–Appellant.

Timothy E. Copeland, Downs Rachlin & Martin, Brattleboro, VT, argued for Defendant–Appellee.

Present: Hon. AMALYA L. KEARSE, Hon. ROBERT A. KATZMANN, Circuit Judges, Hon. DAVID G. TRAGER, District Judge.[*]

### SUMMARY ORDER

Plaintiff-appellant Richard J. Digiammo, appeals from the judgment of the United States District Court for the District of Vermont (Sessions, *J.*) entered pursuant to a Memorandum Decision and Order dated February 15, 2006. The parties' familiarity with the facts is assumed. For substantially the reasons stated in the District Court's Order, the judgment of the district court is **AFFIRMED.**

[*] The Honorable David G. Trager, of the United States District Court for the Eastern District of New York, sitting by designation.